AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hancock, James H | 2. Court or Organization<br><br>U. S. District Court, NDAL | 3. Date of Report<br><br>3/16/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indi ate full- or part-time)<br><br>Senior U. S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination   Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse, Ste 681<br>1729 5th Avenue North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see p. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 3/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Exxon Mobil - Stock | D | Dividend | N | T | | | | | |
| 2. CMA Tax Ex. - Money Mkt. | A | Interest | K | T | | | | | |
| 3. BP Amoco - Stock | A | Dividend | K | T | | | | | |
| 4. ING Fin. Svcs. Fund - A Mut. Fund | B | Dividend | M | T | | | | | |
| 5. Archer Daniels Mdl. - C Stock | A | Dividend | K | T | | | | | |
| 6. Morgan Stanley Dean Witter & Co. - Stock | A | Dividend | J | T | | | | | |
| 7. Compass Bancshares - Stock | C | Dividend | M | T | | | | | |
| 8. First Trust Special Stock | A | Dividend | | | Sold | 1/26 | K | E | |
| 9. Regions Bank - Ck Acct. | A | Interest | J | T | | | | | |
| 10. Security Benefit Life - deferred annuity | A | Interest | J | W | | | | | |
| 11. El Paso Corp. - Stock | A | Dividend | K | T | | | | | |
| 12. Service Corp. Int. - Stock | | None | J | T | | | | | |
| 13. Vanguard Wellington Fund - Mutual Fund | A | Dividend | K | T | | | | | |
| 14. Regions Fin. Corp. - Stock | C | Dividend | M | T | | | | | |
| 15. Regions Fin. Corp. - Stock | A | Dividend | J | T | Buy | 4/12 | J | | |
| 16. Regions Fin. Corp. - Stock | A | Dividend | J | T | Buy | 4/21 | J | | |
| 17. Regions Fin. Corp. - Stock | A | Dividend | J | T | Buy | 4/29 | J | | |
| 18. La. Pac. - Stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
   Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 3/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Eaton Vance Ala. Munis Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Weyerhaeuser - Stock | A | Dividend | K | T | | | | | |
| 21. Mellon Financial Corp. - Stock | A | Dividend | J | T | | | | | |
| 22. Fidelity Trend - Mut. Fund | A | Dividend | K | T | | | | | |
| 23. Allstate Corp. -Stock | A | Dividend | J | T | | | | | |
| 24. Engelhard Corp. - Stock | A | Dividend | K | T | | | | | |
| 25. ABC Bancorp | A | Dividend | K | T | | | | | |
| 26. Sterne Agee - Money Mkt. | A | Interest | K | T | | | | | |
| 27. Colonial Bancgroup - Stock | A | Dividend | K | T | | | | | |
| 28. Colonial Bancgroup - Stock | A | Dividend | J | T | Buy | 1/8 | J | | |
| 29. Questar - Stock | A | Dividend | L | T | | | | | |
| 30. Compass Bank - Ck. Acct. | A | Interest | K | T | | | | | |
| 31. AmSouth Bank - Ck. Acct. | A | Interest | K | T | | | | | |
| 32. AmSouth Bank -Stock | B | Dividend | L | T | | | | | |
| 33. State Street Corp. - Stock | B | Dividend | M | T | | | | | |
| 34. Comerica - Stock | B | Dividend | K | T | | | | | |
| 35. SouthTrust Corp. | B | Dividend | | | Sold | 8/24 | L | E | |
| 36. Sou. Company - Stock | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H | 3/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Sou. Company - Stock | A | Dividend | J | T | Buy | 1/30 | J | | |
| 38. Sou. Company - Stock | A | Dividend | J | T | Buy | 2/6 | J | | |
| 39. Russell Corp. - Stock | A | Dividend | J | T | | | | | |
| 40. Lucent Tech. - Stock | | None | J | T | | | | | |
| 41. Caremark RX - Stock | | None | K | T | | | | | |
| 42. Vulcan Materials - Stock | A | Dividend | K | T | | | | | |
| 43. Banc Trust Financial Group - Stock | A | Dividend | J | T | | | | | |
| 44. First Horizon National | A | Dividend | J | T | Buy | 6/24 | J | | |
| 45. First Horizon National | A | Dividend | J | T | Buy | 8/25 | J | | |
| 46. Conagra Foods | A | Dividend | J | T | Buy | 6/24 | J | | |
| 47. Conagra Foods | A | Dividend | J | T | Buy | 8/25 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hancock, James H | 3/16/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _March 16, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544